L. RUTHER
VICKY, RANDELL ANDERSO
EDWARD D RUST, JR

Case: 1:17-cv-01703   (F Deck)
Assigned To : Unassigned
Assign. Date : 8/17/2017
Description: Pro Se Gen. Civil

COMPLAIN SUIT
1. STATE FARM INSURE CO PRES
NO PAY LOSS ON CRASH, LOSS $8/6LL.
81
2. SUMMONS T. RUST
/ STATE FARM P2 BLOODINGTON
ILL. 6710
3 SUBPOENA RUST RECORD of
→ CRASH
① SUMMEN RANDELL ANDERSON
256/SMITH ICN RD W UNION W VA
26456
4. JURIS RUST ILLINOIX I VIRGNIA
5. 1791 US 5, 6, 7 f2 0. CONTRACT, JURY TRIAL
IN 30 DAYS, PAY NO FEE, START SUIT BY VOICE
HEARING.
6 18 G8 US 14 EQUAL PROTECT DU CRIME
TRIAL IS OS CORPORATE CHARTER OWNER
WRITE CONTRACT TC BUY ASSET.

RUTTER 7439 COLTON LN
MAN VA 20109
571 285 7541
EM COLEMAN JM / C ALL. C

RECEIVED
AUG 1 7 2017
Clerk, U.S. District and
Bankruptcy Courts